UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| REGINALDO C. DELOSSANTOS, | ) | CASE NO. 3:11-CV-0025-LRH-WGC |
| Plaintiff(s), | ) | MINUTES OF THE COURT |
| vs. | ) | DATED: SEPTEMBER 23, 2011 |
| PATRICK R. DONAHOE, | ) | |
| Defendant(s). | ) | |

PRESENT: HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE
Deputy Clerk: JENNIFER COTTER    Reporter: FTR: 9:59:25 a.m. - 10:11:28 a.m.
Counsel for Plaintiff(s): REGINALDO C. DELOSSANTOS, In Pro Per
Counsel for Defendant(s): GREGORY ADDINGTON

PROCEEDINGS: **STATUS CONFERENCE / MOTION HEARING**

9:59 a.m. Court convenes.

The Court addresses Defendant's Motion for More Definite Statement (Docket #19). IT IS ORDERED that the Motion for More Definite Statement is GRANTED. Plaintiff shall have **thirty (30) days** to file an amended complaint which satisfies the Federal Rules of Civil Procedure and the Local Rules for the District of Nevada and which asserts federal jurisdiction, includes a statement of claims, and includes in the caption the names of all parties being sued.

Given this ruling, IT IS ORDERED that the Motion to Delay Proceedings (Docket #20) is found as MOOT.

IT IS FURTHER ORDERED that a status conference is set for **Thursday, November 3, 2011 at 9:00 a.m.**

Plaintiff advises the Court that he has moved and provides his new address on the record:

8455 Offenhauser Dr., #2021
Reno, NV 89511

10:11 a.m. Court adjourns.

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk